DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SCHEVY L. BLUE,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D20-1769

[February 25, 2021]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Timothy L. Bailey, Judge; L.T. Case No. 02-20320-CF-10A.

Schevy L. Blue, Arcadia, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

CONNER, KLINGENSMITH and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***